ACCEPTED
14-15-00878-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 3:45:33 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00878-CV

IN THE FOURTEENTH COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/6/2015 3:45:33 PM

CHRISTOPHER A. PRINE
Clerk

_____

IN RE DANA LYNN GUEFEN,

RELATOR

_____

# REAL PARTY IN INTEREST'S PARTIALLY OPPOSED MOTION TO EXTEND TIME FOR RESPONSE

_____

Cause No. 2008-53787

247th District Court Harris
County, Texas

_____

David J. Wukoson
SBT# 22085600
4801 Woodway, Suite 300E
Houston, Texas 77056
T: 713.355.2323
F: 713.355.2325
e: djw@wukosonlaw.com

Attorney for
Guillermo Guefen

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, Real Party in Interest Guillermo Guefen (hereinafter sometimes "RPI")., and moves this Honorable Court to grant an extension of time to file his Response Brief in this cause and, in support thereof, would respectfully show the Court as follows:

## I.

RPI's Brief is due to be filed with this Court on November 17 2015. RPI was notified of the deadline on approximately October 29 2015.

## II.

RPI seeks a 30-day extension of time to file his Brief, which would make the brief due on or before December 17 2015.

Relator does is unopposed to a 21-day extension of time, but opposes a 30-day extension of time.

## III.

This extension of time is necessary because counsel for RPI has just had an invasive surgery to treat his shoulder. He is currently wearing a direct infusion pain blocker that injects narcotic pain medication directly into his upper spine and right arm. Counsel will be on narcotic pain medication for another thirty days. During this

time Counsel will also be unable to use his right arm, which is in a sling attached to his waist and neck to prevent movement.[1]

Therefore, RPI requests a 30-day extension so that Counsel can cease the pain medications before working on this important matter.

## IV.

Counsel for RPI has conferred with counsel for Relator, Ms. Sallee S. Smyth, who partially opposes the granting of the relief sought by this motion.

Counsel for Relator agrees to an extension, but only a 21-day extension of time.

RPI requests the 30-day extension or, in the alternative, at least the 21-day extension.

## V.

This is the first extension of time RPI has sought for the filing of its brief. For these reasons, RPI requests that this Court render an order extending the time for filing RPI's Brief to December 17 2015.

///

///

///

---

[1] Counsel is currently waiting on a letter from his physician and will supplement this Motion as soon as it is received. However, counsel did not want to delay filing of this Motion.

**DAVID J. WUKOSON**

/s/ David J. Wukoson

David Wukoson
SBT# 22085600
4801 Woodway, Suite 300E Houston, Texas 77056
T: 713.355.2323
F: 713.355.2325
e: djw@wukosonlaw.com

## VERIFICATION

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HARRIS** | § |

Before me, the undersigned Notary Public, on this day personally appeared David J. Wukoson who being duly sworn on his oath deposed and said that he is the attorney for RPI, in the above entitled and numbered case; that he has read the above and foregoing *Partially Opposed Motion for Extension of Time to File RPI's Brief*; and that every statement contained herein is within his personal knowledge and is true and correct.

David J. Wukoson

SUBSCRIBED AND SWORN TO BEFORE ME on the 6th day of November, 2015, to certify which witness my hand and official seal.

Notary Public, State of Texas

KIMBERLY ALICE CLINE
Notary Public, State of Texas
My Commission Expires
September 12, 2017

## CERTIFICATE OF CONFERENCE

On November 5 and 6 of 2015 I corresponded with KoonsFuller and Sallee Smith, respectively, regarding the relief sought in this Motion. Ms. Sallee Smyth advised me that she did not oppose a 21-day extension of time from November 17, 2015, but that she did not agree to a 30-day extension of time.

/s/ David J. Wukoson
David J. Wukoson

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigns hereby certifies that according to the word count function of the computer program used to generate this document, the portions of the Unopposed Motion to Extend Time for Filing Appellant's Brief contains 339 words total from the salutation through the closing paragraph, and that the text thereof is in 14 point Times New Roman font and footnotes are in 12 point Times New Roman font.

/s/ David J. Wukoson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Partially Opposed Motion to Extend Time for Filing Brief* was served by electronic service upon all parties of record or their counsel, as indicated on the attached service list, on this 6th day of November, 2015.

/s/ David J. Wukoson

**SERVICE LIST:**

1.     ATTORNEYS FOR RELATOR

Sallee S. Smyth
Attorney at Law
SBT: #18779400
800 Jackson Street
Richmond, Texas
281.238.6200
281.238.6202 (Fax)
VIA EMAIL/ESERVE at smyth.sallee@gmail.com

David Brown
VIA EMAIL/ESERVE at BrownEService@pavlasbrown.com

Sherri Evans
VIA EMAIL/ESERVE at sevans@koonsfuller.com

2.     TRIAL COURT JUDGE

Hon. John Schmude
247th Family District Court
VIA MESSENGER DELIVERY

3.     ATTORNEY FOR THIRD PARTY DEFENDANTS

M. David Sydow, Jr.
Counsel for Third Party Defendants
VIA EMAIL/ESERVE at david.sydow@sydowlegal.com

4.     AMICUS ATTORNEY FOR MINOR CHILDREN

Golda R. Jacob
Amicus Attorney for Minor Children
VIA EMAIL/ESERVE at golda@goldajacoblaw.com